

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HERMAN FULGANCE GNINIA, | § | No. 08-19-00028-CR |
| Appellant, | § | Appeal from the |
| v. | § | 371st District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 1570670R) |

## <u>ORDER</u>

The Court on its own motion ORDERS the Court Reporter for the 371st District Court of Tarrant County to prepare and file a supplemental reporter's record containing a certified copy of State's Exhibit 116 (computer diskette containing recording of defendant's interview). The supplemental reporter's record is due with this Court on or before May 4, 2020.

IT IS SO ORDERED this 22nd day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.